# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

EMMETT MELVIN WOODSON, IV,

           *Plaintiff*
)
)
)
v.
)
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS,
)
)
)

           *Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 23, 2019**

SEAN F. McAVOY, CLERK

Civil Action No.  4:18-CV-5139-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted
under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).  Judgment is entered in favor of Defendant.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Edward F. Shea _____

Date:  January 23, 2019 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Cora Vargas _____
                     *(By) Deputy Clerk*

Cora Vargas _____